IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

 DISTRCT OF OHIO SOUTHERN DIVISON

FILED
RICHARD W. NAGEL
CLERK OF COURT
AUG -3 2026 10:51 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

Plaintiff SHANE JARED BENDLER VS. D.Kenyon

Case number . 1:26-CV-00643-MWM-CHG

Motion for appointment of counsel

Plaintiff , shane bendler , request the court to appoint counsel in this case for the following reasons :

Plaintiff is unable to pay the cost of this action .

Plaintiffs knowledge of the practice of law is very limited an the issue in this case are complex without the assistance of counsel ,plaintiff will be unable to meaningfully pursue this claim.

Plaintiff has been unable to obtain counsel independently .plaintiff has made a good faith in effort to obtain representation in this matter ,an has contacted at least three attorneys below are the attorneys contacted an the reason they would not represent plaintiff .

Name 1 michael Richard date 3-10-26

phone N/A

Name 2 Earl Norman date 4-21-26

phone N/A

Name 3 Oliver Wendell date 5-25-26

phone N/A

Pg2 Of 2 The ends of justice would be best served in this case if counsel were appointed . respectfully submitted

Shane jared bendler 7/28/26 I wrote all the attorneys no reply don't have access to phone

Shane Bendler-782-377
PO Box 80033
toledo, ohio
43608

TOCI
INMATE MAIL

METROPLEX MI 480
30 JUL 2026 AM 15 L

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 43608 $ 000.78⁰
02 7W
0008042233 JUL 29 2026

OFFICE OF Clerk potter Stewart
US Courthouse
100 East ~~Fifth~~ FiFth St,
Room 103
Cincinnati, Ohio 45202

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

45202-397699