**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| SHANE JARED BENDLER,<br><br>Plaintiff,<br><br>vs.<br><br>CO D. KENYON, *et al*.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:26-cv-00643<br><br>District Judge Matthew W. McFarland<br>Magistrate Judge Caroline H. Gentry |

# ORDER

Currently pending before the Court are two motions filed by Plaintiff Bendler. (Doc. No. 7, 8.) The first, titled "Motion to File," appears to describe the same events as the Complaint and ask for relief. (Doc. No. 7.) The second is not titled but appears to be an amended version of the Motion to File that includes exhibits. (Doc. No. 8.)

The undersigned Magistrate Judge construes these motions as a request to amend or supplement the Complaint. (Doc. No. 7, 8.) The Court **GRANTS** this request. The Clerk of Court is **DIRECTED** to combine the original Complaint (Doc. No. 1) with the Amended Motion to File (Doc. No. 8) and to file them together on the docket as the "AMENDED COMPLAINT." The Clerk is further **DIRECTED** to send a complete copy of the Amended Complaint (with exhibits) to Plaintiff for their records.[1]

---

[1] The Motion to File alleges that excessive force was used against Plaintiff due "to my sexuality in me being a transgender inmate." (Doc. No. 7 at PageID 56.) Because it is unclear at this time how Plaintiff would prefer to be addressed during this case, the undersigned will use the pronouns "they," "their" and "them."

Once filed, the Amended Complaint will be the operative complaint in this case, superseding all previous complaints, amendments, and supplements. *See In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013) (citing *Pac. Bell Tel. Co. v. Linkline Commc'ns, Inc.*, 555 U.S. 438, 456 n.4 (2009)) ("An amended complaint supersedes an earlier complaint for all purposes."). Any further amendments or supplements will require the Court's permission or the opposing parties' written consent. Fed. R. Civ. P. 15.

Plaintiff does not need to file any further documents about the claims in the case at this time. The next step is for the Court to screen the Amended Complaint and determine whether the claims may proceed.

Plaintiff is **REMINDED** to keep the Court informed of their current address while this case is pending and to promptly file a Notice of New Address if released or transferred.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge